IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                    NO.    4:07CR00141-01   JMM

DUMONE DONTIZE STARKS

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 16, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendants to forfeit their interest in the following:

One, Ruger model P90 .45 caliber pistol, serial number 662-38220.

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, the United States also provided actual notice to all interested parties, including to the defendants;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

IT IS ORDERED that all right, title, and interest in all of the property set forth above is hereby forfeited to the United States, and the United States Marshal shall dispose of such property according to law.[1]

SO ORDERED this 10th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Motion for Final Order of Forfeiture (docket entry #54) is granted.